**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **STEPHEN M. GARRISON,** | : | |
| | : | **Case No. 3:24 CV 1614** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **JUDGE JAMES R. KNEPP II** |
| | : | |
| **OHIO DEPARTMENT OF REHABILITATION & CORRECTION, *et al.,*** | : | **MAGISTRATE JUDGE CLAY** |
| | : | |
| **Defendants.** | : | |

## JOINT STATUS REPORT

NOW COME Plaintiff Stephen Garrison and Defendants Case Hoffman, Douglas Yingling, Jacob Case, and Jodie Slone, by and through counsel, and hereby state the following as their Joint Status Report:

1. Plaintiff served written discovery requests to Defendants, including Interrogatories and Requests for Production of Documents.
2. Defendants have produced to Plaintiff the Use of Force Summary Report relating to the October 31, 2023 incident that is the subject matter of this action and Plaintiff's medical records originating from the Ohio Department of Rehabilitation and Correction.
3. Defendants are in the process of finalizing the answers to Interrogatories served upon them and intend to produce the answers and additional documents requested by Plaintiff.
4. Defendants will further make arrangements to have Plaintiff review body worn camera footage of the October 31, 2023 incident.

5. Defendants intend to motion the court to take Plaintiff's deposition and schedule the same within the next month.

6. There have been no discussions of potential settlement of the matter, and the parties do not anticipate any settlement discussions to occur until after dispositive motions have been considered.

Respectfully submitted,

Stephen M. Garrison, #A733-378
Mansfield Correctional Institution
1150 North Main Street
Mansfield, Ohio 44901

*Pro Se Plaintiff*

D. ANDREW WILSON
Ohio Attorney General

*/s/D. Chadd McKitrick*
D. CHADD MCKITRICK (0073750)*
**Lead Counsel*
MARCY VONDERWELL (0078311)
Senior Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: (614) 644-7233/F: (866) 359-3383
Daniel.McKitrick@OhioAGO.gov
Marcy.Vonderwell@OhioAGO.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Joint Status Report,* has been electronically filed on June 18, 2026, and has been served upon Plaintiff, via U.S. mail, postage prepaid, at the address below:

Stephen M. Garrison, #A733-378
Mansfield Correctional Institution
1150 North Main Street
Mansfield, Ohio 44901

*/s/ D. Chadd McKitrick*
D. CHADD MCKITRICK (0073750)
Senior Assistant Attorney General