## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| STEPHEN M. GARRISON, | : | |
| | : | **Case No. 3:24 CV 1614** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **JUDGE JAMES R. KNEPP II** |
| | : | |
| OHIO DEPARTMENT | : | |
| OF REHABILITATION | : | |
| & CORRECTION, *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

---

## DEFENDANTS' MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF

---

NOW COME the named and served Defendants, by and through counsel, and hereby move

the Court for leave to depose the incarcerated Plaintiff, pursuant to Fed. R. Civ. P. 30(a)(2)(B).

The grounds for this motion are set forth in detail in the attached Memorandum in Support.


Respectfully submitted,

D. ANDREW WILSON
Ohio Attorney General


*/s/D. Chadd McKitrick*
D. CHADD MCKITRICK (0073750)*
     *\*Lead Counsel*
MARCY VONDERWELL (0078311)
Senior Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: (614) 644-7233/F: (866) 359-3383
Daniel.McKitrick@OhioAGO.gov
Marcy.Vonderwell@OhioAGO.gov

*Counsel for Defendants*

## <u>MEMORANDUM IN SUPPORT</u>

Plaintiff Stephen M. Garrison (A733-378) is a prisoner of the State of Ohio and is currently incarcerated at the Mansfield Correctional Institution.  Fed. R. Civ. P. 30(a)(2)(B) requires that a party must obtain leave of court when the deponent is confined in prison.  It is anticipated that the deposition will be held at the Mansfield Correctional Institution within two months of this Court's granting of the Motion.  This deposition is necessary in order to investigate the facts and to prepare a defense to the allegations contained in the Complaint.

Wherefore, based on the foregoing, Defendants respectfully request that this Court issue an Order granting leave to depose Plaintiff

Respectfully submitted,

D. ANDREW WILSON
Ohio Attorney General

*/s/D. Chadd McKitrick*
D. CHADD MCKITRICK (0073750)*
        **Lead Counsel*
MARCY VONDERWELL (0078311)
Senior Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: (614) 644-7233/F: (866) 359-3383
Daniel.McKitrick@OhioAGO.gov
Marcy.Vonderwell@OhioAGO.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendants' Motion for Leave to Take Plaintiff's Deposition* has been electronically filed on July 1, 2026 and has been served upon Plaintiff, via U.S. mail, postage prepaid, at the address below:

Stephen M. Garrison, #A733-378
Marion Correctional Institution
P.O. Box 57
Marion, OH 43302

/s/  D. Chadd McKitrick
D. CHADD MCKITRICK (0073750)
Senior Assistant Attorney General

3